IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LION OIL COMPANY, LLC                                                                         PLAINTIFF

v.                                              Case No. 1:22-cr-1051

SPECIALTY WELDING AND
TURNAROUNDS, LLC                                                                              DEFENDANT

TURN2 SPECIALTY COMPANIES, LLC                                          THIRD PARTY PLAINTIFF

## ORDER

Before the Court is Plaintiff's Motion to Remove Counsel. ECF No. 53. Plaintiff retained the Texas law firm Zabel Freeman to represent Plaintiff in this matter as co-counsel with PPGMR Law, PLLC. Attorneys Richard T. Fass, Thomas A. Zabel, Taylor A. Cruse, and Brook F. Minx were granted permission to appear pro hac vice in this matter. Plaintiff states that it is no longer represented by Zabel Freeman and asks the Court to enter an order removing Zabel Freeman and attorneys Richard T. Fass, Thomas A. Zabel, Taylor A. Cruse, and Brook F. Minx as counsel of record. However, none of the named attorneys from Zabel Freeman have entered a notice of appearance in this matter and are not listed as counsel of record for Plaintiff.

Upon consideration, the Court finds that the Motion to Remove Counsel (ECF No. 53) should be and hereby is **GRANTED**, and the Court notes that Lion Oil is no longer represented by Zabel Freeman and attorneys Richard T. Fass, Thomas A. Zabel, Taylor A. Cruse, and Brook F. Minx.

**IT IS SO ORDERED**, this 17th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge